IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**SHERI D. MOON**                                                                                     **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO: 1:15-CV-00195-SA-DAS**

**MISSISSIPPI METHODIST SENIOR SERVICES, INC.**
**D/B/A TRACEWAY RETIREMENT COMMUNITY,**
**and UNITED METHODIST SENIOR SERVICES**
**OF TUPELO AREA, INC.**                                                **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Upon motion of the parties, the Court is advised that Mississippi Methodist Senior Services, Inc. and United Methodist Senior Services of Tupelo Area, Inc. and Sherri D. Moon have compromised and settled this case and, for that reason, any and all claims by or on behalf of Sherri D. Moon in this action are hereby dismissed with prejudice with each party to bear their own costs.

SO ORDERED, this the 17th day of April 2017.

                                                                                       /s/ Sharion Aycock
                                                                                       UNITED STATES CHIEF JUDGE

The Following Agree to Entry
of the Above and Foregoing Order:

s/Jim Waide
Attorney for Plaintiff

s/Berkley N. Huskison
Attorney for Defendants